IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02795-MEH

SHERRY TRAVER, and
HAROLD TRAVER,

    Plaintiffs,

v.

PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 1, 2015**.

    Defendant's Unopposed Motion for [Entry of] Protective Order [filed March 31, 2015; docket #27] is **denied without prejudice**, and the proposed Protective Order is refused.

    The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a specific mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89.

    Also, the Court will reject any request to retain continuing jurisdiction over an action that has been closed. *See* Proposed Protective Order, ¶ 15.