IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02795-MEH

SHERRY TRAVER, and
HAROLD TRAVER,

      Plaintiffs,

v.

PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 8, 2015.**

      Defendant's Second Unopposed Motion for Protective Order [filed April 8, 2015: docket #29] is **granted as modified**. The parties' proposed protective order is accepted with a modification to paragraph 16, in which the Court removed the second sentence regarding continuing jurisdiction. *See* Minute Order, docket #28. The modified order is filed contemporaneously with this minute order.