IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02795-MEH-NYW

SHERRY TRAVER, and
HAROLD TRAVER,

    Plaintiffs,

v.

PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

    Before the Court is a Joint Stipulated Motion for Dismissal of All Claims with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed October 2, 2015; docket #47].  The Court finds the Stipulation and terms of the dismissal proper and **grants** the Motion.  Thus, it is hereby **ordered** that this case is **dismissed with prejudice**, with each party to bear his, her or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 5th day of October, 2015.

                                                BY THE COURT:

                                                */s/ Michael E. Hegarty*

                                                Michael E. Hegarty
                                                United States Magistrate Judge